IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY DENTON | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-145 |
| WELL PATH, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Denton, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this civil action against Well Path and Dr. Luis Ramos. Because Plaintiff did not pay the filing fee, it appears that he intends to proceed *in forma pauperis*.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, in Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismissing the action unless Plaintiff paid the $402 filing fee within fourteen days after the Report and Recommendation was entered.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 4] is ADOPTED. Plaintiff is DENIED leave to proceed *in forma*

*pauperis*. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

        **SIGNED this 1st day of June, 2022.**

                                                Michael J. Truncale
                                                United States District Judge